# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARCIA, et al.,

                Plaintiff(s),

-aganst-

MAINO, et al.,

                Defendant(s).

MEDIATION AGREEMENT
15 cv 2285 (GBD)(JLC)

Agreed to this 9th day of June, 2017.

[signatures: Plaintiffs' counsel, Plaintiff, Defendant Butler, Defendant, Defendant Counsel]

IT IS HEREBY AGREED by and between the parties and/or their respective counsel that, following mediation, agreement has been reached on all issues.

1. Defendants shall pay to plaintiffs the ~~total~~ amount of $60,010 as follows: (a) $22,000 ~~upon~~ within five business days of approval of the settlement by the Court; (b) $1,810 per month for 21 months commencing one month after approval of the settlement by the Court.

2. Plaintiffs shall provide general release to each defendant and to each family member of Joseph Maino (by blood or marriage). Each person receiving a general release from plaintiffs shall provide a general release to each plaintiff.

3. Defendants shall execute a Consent Judgment in favor of plaintiffs in an amount to be agreed upon by counsel, subject to a reasonable cure period to be agreed upon by counsel. If defendants fail to make any payment when due, then plaintiffs may enforce the consent judgment.

4. The parties agree to advise Judge Daniels that

ADDENDUM

WHEREAS the parties to *Garcia v. Maino*, 15 Civ. 2285 (GBD) (JLC) (S.D.N.Y.) and their attorneys executed an agreement on June 9, 2017, setting forth the material terms and conditions of a settlement of all claims alleged in the lawsuit (the "Settlement Agreement"); and

WHEREAS the Settlement Agreement provides for the parties' attorneys to agree upon: (a) the amount of a consent judgment, and (b) a reasonable time to cure a default; and

WHEREAS the parties' attorneys have reached agreement on the two open terms;

IT IS HEREBY STIPULATED AND AGREED that the following terms and conditions shall be included in and considered part of the parties' Settlement Agreement:

1. The amount of the Consent Judgment shall be $135,000.00;

2. Defendants shall have five business days after receiving notice of default to cure a default;

3. All settlement payments shall be made by check payable to "John Howley, Esq." as attorney for Adolfo Garcia-Devargas and Ildefonso Lopez;

4. Settlement checks shall be delivered to John Howley Esq., 350 Fifth Avenue, 59th Floor, New York, New York 10118 on or before the due dates; and

5. Upon receipt of the initial settlement payment of $22,000.00, plaintiffs' attorney shall execute and deliver to defendants' attorneys the attached Stipulation of Discontinuance with Prejudice, which may be filed in court immediately.

Dated: New York, New York
June 23, 2017

JOHN HOWLEY, ESQ.

By: /s/ John Howley
John Howley
350 Fifth Avenue, 59th Floor
New York, New York 100118
(212) 601-2728
*Attorney for Plaintiffs*

MICHELMAN & ROBINSON LLP

By: /s Brooke K. Haley

800 Third Avenue, 24th Floor
New York, New York 10022
(212) 730-7700
*Attorneys for Defendants*