USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 19 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADOLFO GARCIA-DEVARGAS and
ILDEFONSO LOPEZ,

       Plaintiffs,

  -vs-

JOSEPH MAINO, individually and d/b/a Handbags
100 King Street, and 119 FASHION
WHOESALERS LTD.,

       Defendants.
-------------------------------------------------------------X

15 Civ. 2285 (GBD) (JLC)

[PROPOSED] ORDER
APPROVING SETTLEMENT

  Following a successful mediation of this wage and hour case using this District's Mediation Program, the parties have submitted a joint motion along with their negotiated settlement agreement for approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Having carefully reviewed the joint motion and negotiated settlement agreement, the Court finds that the proposed settlement (including the allocation of attorneys' fees and disbursements) to be fair and reasonable under the totality of the circumstances.

  SO ORDERED.

Dated: New York, New York
   July 19, 2017

               George B. Daniels
               U.S.D.J.